UNITED STATES of America,
Plaintiff-Appellee,

v.

Ezau YANEZ-HERNANDEZ, a/k/a
Primo, Defendant-Appellant.

No. 17-6724

United States Court of Appeals,
Fourth Circuit.

Submitted: October 17, 2017

Decided: October 19, 2017

Stephen Clayton Gordon, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Raleigh, North Carolina, for Appellant. Edward D. Gray, Donald Russell Pender, Assistant United States Attorneys, Lawrence Jason Cameron, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ezau Yanez-Hernandez appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the

record and find no reversible error. *See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016) (providing standard). Accordingly, we affirm for the reasons stated by the district court. *United States v. Yanez-Hernandez*, No. 7:08-cr-00106-D-1, 2017 WL 2901361 (E.D.N.C. filed May 9, 2017; entered May 10, 2017). We further deny Yanez-Hernandez's motion to appoint counsel.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Although the Office of the Federal Public Defender has filed an informal brief on behalf of Yanez-Hernandez, it does not seek appointment as counsel on appeal.